# Exhibit A

VPS of MI., PLLC
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

PKXTLD00206994
Parent/Guardian of K█████ W█████



November 15, 2024

## NOTICE OF SECURITY INCIDENT

Dear Parent or Guardian of K█████ W█████:

VPS of MI., PLLC ("VPS") is writing to inform you of a recent incident that may impact the privacy of some of your minor's personal information. While we are unaware of any attempted or actual misuse of this information, we are providing you with information about the incident, our response, and steps you may take to protect against any misuse of your minor's information, should you feel it necessary to do so.

**What Happened?** On June 4, 2024, VPS detected irregular activity within our computer network. VPS launched an investigation and determined that our server had been infected with malware, which prevented access to certain files on our server. Through our investigation, we also determined that an unauthorized actor exfiltrated information from our server.

**What Information Was Involved?** The following information was potentially exfiltrated from our network, if you supplied it to VPS: your minor's name, Social Security number, and/or driver's license number. In addition, the following medical information was potentially exfiltrated, if part of your minor's VPS medical record: medical history information, mental or physical condition or diagnosis by a health care professional, medical treatment information, disability information, prescription information, and medical record number. If part of our records, the following information related to your minor's health insurance was also potentially exfiltrated: health insurance policy number; subscriber number; any medical information in an individual's health insurance application and claims history, including any appeals records; and health insurance group or plan number. At this time, VPS is not aware of any actual or attempted misuse of your minor's information in connection with this incident.

**What We Are Doing.** Data privacy and security are among VPS' highest priorities, and there are extensive measures in place to protect information in VPS' systems. Upon discovery, VPS promptly commenced an investigation and notified law enforcement of this incident. As part of our ongoing commitment to the privacy of personal information in our care, we are reviewing our policies, procedures, and processes related to the storage and access of personal information to reduce the likelihood of a similar future event. We are also notifying applicable regulatory authorities, as required by law.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your minor's account statements and monitoring your free credit reports for suspicious activity. You may also review the information contained in the attached *Steps You Can Take to Help Protect Your Minor's Personal Information*.