## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ALEXIS BELL, et al.,

      Plaintiff(s),

    V.                       CASE NO. 24-13162
                               HON. LINDA V. PARKER

VPS OF MI, PLLC,

      Defendant(s).

_____/

## <u>ORDER OF DISMISSAL</u>

The Plaintiffs having filed a Notice of Voluntary Dismissal [ECF No. 14] on July 11, 2025; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS**.

                    s/Linda V. Parker_____
                    Linda V. Parker
                    United States District Judge

Dated:  July 11, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 11, 2025, by electronic and/or ordinary mail.

                    s/A. Flanigan_____
                    Case Manager